**FILED**

UNITED STATES COURT OF APPEALS

MAR 20 2006

FOR THE NINTH CIRCUIT

CATHY␣**RECEIVED**
CLERK, U.S. COURT OF APPEALS

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| ARTHUR PETERSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AVRAHAM B. ZOREA; et al.,<br><br>Defendants - Appellees. | No. 05-35553<br><br>D.C. No. CV-05-00064-A-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

On January 26, 2006 the court denied the motion to reinstate the appeal without prejudice to renewal, accompanied by proof of the payment of the $255.00 filing fee, and a response to the court's order to show cause why the judgment challenged in this appeal should not be summarily affirmed.

On February 21, 2006 the court received notification from the district court of the payment of the $255.00 filing fee. Appellant's February 21, 2006 and February 28, 2006 motions "For Reconsideration to Show Cause Why Judgment Be Summarily Affirmed" are construed as a motion to reinstate the appeal. So construed, the motion to reinstate the appeal is granted.

S:\MOATT\Cmshords\03.06\ds\05-35553.wpd

05-35553

Appellant is reminded that the court's September 19, 2005 order required appellant to show cause why the judgment challenged in this appeal should not be summarily affirmed. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (the questions raised in this appeal are so insubstantial as not to require further argument).

Within 21 days after the filing date of this order, appellant shall show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-1. If appellant fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of this court.

*/s/ Peter L. Shaw*
General Order 6.3(e)