

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court



(415) 355-8000

December 11, 2007

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

RECEIVED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-35553 | Peterson v. Zorea | CV-05-00064-A-RRB |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

X The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

*Gabriela Van Allen*
By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel