

3:05cv64-RRB

RETURN TO SENDER
NIXIE          2008 1   07 12/27/07
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
101 12TH AVENUE, ROOM 332
FAIRBANKS, ALASKA 99701
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JAN 2 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## Other Events

3:05-cv-00064-RRB Peterson v. Zorea et al **CASE CLOSED on 04/27/2005**

### U.S. District Court

### District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 12/18/2007 at 9:15 AM AST and filed on 12/17/2007
**Case Name:**         Peterson v. Zorea et al
**Case Number:**       3:05-cv-64
**Filer:**
**WARNING: CASE CLOSED on 04/27/2005**
**Document Number:** 21

**Docket Text:**
Cover Letter received on 12/17/2007 from USCA. (LGK, COURT STAFF)


**3:05-cv-64 Notice has been electronically mailed to:**

**3:05-cv-64 Notice has been delivered by other means to:**

Arthur Peterson
70011
YKCC
Pouch 400
Bethel, AK 99559

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/18/2007] [FileNumber=265562-0
] [2dc3aa1c008c24a877505f5ecf8fb7b1f6e8c2cb840db4dcacdc95f21306e1c9445
b138057b859a1ae0edac0f563f67b70086c424dc08a3c298c94177420a223]]

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000



December 11, 2007

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

RECEIVED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-35553 | Peterson v. Zorea | CV-05-00064-A-RRB |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

X The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel

# Appeal Documents

3:05-cv-00064-RRB Peterson v. Zorea et al **CASE CLOSED on 04/27/2005**

## U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 12/18/2007 at 9:18 AM AST and filed on 12/17/2007
**Case Name:** Peterson v. Zorea et al
**Case Number:** 3:05-cv-64
**Filer:**
**WARNING: CASE CLOSED on 04/27/2005**
**Document Number:** 22

**Docket Text:**
USCA JUDGMENT as to [9] Notice of Appeal filed by Arthur Peterson (LGK, COURT STAFF)


**3:05-cv-64 Notice has been electronically mailed to:**

**3:05-cv-64 Notice has been delivered by other means to:**

Arthur Peterson
70011
YKCC
Pouch 400
Bethel, AK 99559

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/18/2007] [FileNumber=265565-0
] [d31b9d63e6cd5a71c540c81e00c8148a38664ff6a6f41546b76636d64241d29866f
5e26ed16a01daf9d724229eaf979c085a993b589a304f726a38048aa8e022]]

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTHUR PETERSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AVRAHAM B. ZOREA; et al.,<br><br>Defendants - Appellees. | No. 05-35553<br>D.C. No. CV-05-00064-A-RRB<br><br>JUDGMENT |



Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/19/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 12 2007

by: _____
Deputy Clerk

## Other Documents
3:05-cv-00064-RRB Peterson v. Zorea et al **CASE CLOSED on 04/27/2005**

U.S. District Court

District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 12/18/2007 at 9:20 AM AST and filed on 12/17/2007
**Case Name:** Peterson v. Zorea et al
**Case Number:** 3:05-cv-64
**Filer:**
**WARNING: CASE CLOSED on 04/27/2005**
**Document Number:** 23

**Docket Text:**
MEMORANDUM in Support of [22] USCA Judgment. (LGK, COURT STAFF)


**3:05-cv-64 Notice has been electronically mailed to:**

**3:05-cv-64 Notice has been delivered by other means to:**

Arthur Peterson
70011
YKCC
Pouch 400
Bethel, AK 99559

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/18/2007] [FileNumber=265568-0
] [aaca0913530c0ac9784f9002abaaa4822c44367a59e8dd9d4baeac8e85849aec93d
405bb8c8a46728e9de414611e20f3877ec4820b287741acdd1b421ce43bcb]]

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ARTHUR PETERSON, | No. 05-35553 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-05-00064-RRB |
| v. | |
| AVRAHAM B. ZOREA; et al., | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted November 13, 2007**

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

A review of the record and the response to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*   The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

05-35553

require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 1 2 2007

by: [signature]
Deputy Clerk